**Order filed August 28, 2012**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00555-CV
_____

### MICHAEL DODD AND 3D GLOBAL SOLUTIONS, INC., Appellants

### V.

### BRIAN J. SAVINO, Appellee

**On Appeal from the 127th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-70013**

## ORDER

No reporter's record has been filed in this case. The court reporter, Suzanne Saulsberry, informed this court that appellants had not made arrangements for payment for the reporter's record. On June 21, 2012, the clerk of this court notified appellants that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of notice, provided this court with proof of payment for the record. *See* Tex. R. App. P. 37.3(c). Appellant filed no reply.

Accordingly, we order appellant to file a brief in this appeal on or before **September 27, 2012.** If appellant fails to comply with this order, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).


PER CURIAM